UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20376-ALTMAN

**UNITED STATES OF AMERICA**

vs.

**EVAN DANIEL TROMP,**

      **Defendant.**
_____/

## GOVERNMENT'S INDEX OF SENTENCING EXHIBITS

The attached exhibits were introduced as evidence at Defendant Evan Daniel Tromp's sentencing hearing on February 6, 2023:

1. Government's Exhibit 1 – Summary chart of credits and debits related to Defendant Evan Daniel Tromp's personal and business bank accounts

2. Government's Exhibit 2 – Summary chart of credits and debits related to Defendant Evan Daniel Tromp's personal and business bank accounts

3. Government's Exhibit 3 – Summary chart of credits and debits related to Defendant Evan Daniel Tromp's personal and business bank accounts