| BANK ACCOUNTS: |
|---|
| EVAN DANIEL TROMP |
| EVAN DANIEL TROMP |
| OPERATIONAL AND FINANCIAL ADVISORY, LLC |

DATE RANGE OF TRANSACTIONS: 12/01/2017 - 05/28/2019

| INFLOWS | SOURCE OF FUNDS | PERCENTAGES |
|---|---|---|
| $ 1,333,709 | VICTIM INVESTORS | 53% |
| $ 263,794 | CRYPTO | 11% |
| $ 250,000 | HASSAN ARIF PATEL | 10% |
| $ 191,171 | FAMILY AND FRIENDS | 8% |
| $ 137,247 | PAYPAL | 5% |
| $ 116,857 | LOANS | 5% |
| $ 74,256 | CASH | 3% |
| $ 32,000 | TRANSFER FROM ACCT 7331 | 1% |
| $ 29,902 | RETURNED PAYMENT | 1% |
| $ 78,178 | OTHER SOURCES | 3% |
| $ 2,507,113 | | 100% |

| OUTFLOWS | USE OF FUNDS | PERCENTAGES |
|---|---|---|
| $ (716,446) | VICTIM INVESTORS | 28% |
| $ (353,325) | CRYPTO | 14% |
| $ (249,000) | HASSAN ARIF PATEL | 10% |
| $ (176,514) | LOANREPAYMENT | 7% |
| $ (148,786) | TRAVEL | 6% |
| $ (136,479) | FOOD/DRINK/GROCERY/FINE DINING | 5% |
| $ (126,743) | FAMILY AND FRIENDS | 5% |
| $ (81,147) | HOTEL | 3% |
| $ (76,301) | PURCHASES/RETURNS | 3% |
| $ (72,180) | TARIK KEMP | 3% |
| $ (59,677) | WITHDRAWAL | 2% |
| $ (45,160) | JEWELRY | 2% |
| $ (39,387) | SOHO HOUSE | 2% |
| $ (33,599) | ENTERTAINMENT | 1% |
| $ (33,000) | STEEL PIER CAPITAL ADVISORS LLC | 1% |
| $ (29,902) | RETURNED PAYMENT | 1% |
| $ (137,748) | OTHER USES* | 5% |
| $ (2,515,395) | | 100% |

$ (8,282) NET BETWEEN ACCOUNTS

* LINE ITEM INCLUDES $2,970 TRANSFER TO BITORO LLC FOR MINERS SETUP FEE

NOTE: $4,956.91 PURCHASE OF MINING EQUIPMENT MADE FROM ACCOUNT NOT INCLUDED IN ANALYSIS

**GOVERNMENT EXHIBIT 1**
22-CR-20376-RKA

| BANK ACCOUNTS: | |
|---|---|
| EVAN DANIEL TROMP | |
| EVAN DANIEL TROMP | |
| OPERATIONAL AND FINANCIAL ADVISORY, LLC | |

DATE RANGE OF TRANSACTIONS: 12/01/2017 - 05/28/2019

| Credit (Inflows) | (Multiple Items) | | Debit (Outflows) | | (Multiple Items) | |
|---|---|---|---|---|---|---|
| **SOURCE OF FUNDS** | **INFLOWS** | **PERCENTAGES** | **USE OF FUNDS** | **OUTFLOWS** | | **PERCENTAGES** |
| VICTIM INVESTOR | 1,333,709 | 53.2% | VICTIM INVESTOR | $ | (716,446) | 28.48% |
| CRYPTO PLATFORM | 263,794 | 10.5% | CRYPTO PLATFORM | $ | (353,325) | 14.05% |
| HASSAN ARIF PATEL | 250,000 | 10.0% | HASSAN ARIF PATEL | $ | (249,000) | 9.90% |
| FAMILY AND FRIENDS | 191,171 | 7.6% | LOAN/ REPAYMENT | $ | (176,514) | 7.02% |
| PAYPAL | 137,247 | 5.5% | TRAVEL | $ | (148,786) | 5.91% |
| LOAN/ REPAYMENT | 116,857 | 4.7% | FOOD/DRINK/GROCERY/FINE DINING | $ | (136,479) | 5.43% |
| CASH | 74,256 | 3.0% | FAMILY AND FRIENDS | $ | (126,743) | 5.04% |
| TRANSFER FROM ACCT 7331 | 32,000 | 1.3% | HOTEL | $ | (81,147) | 3.23% |
| RETURNED PAYMENT | 29,902 | 1.2% | PURCHASES/RETURNS | $ | (76,301) | 3.03% |
| EVAN TROMP | 19,000 | 0.8% | TARIK KEMP | $ | (72,180) | 2.87% |
| VENMO | 15,422 | 0.6% | WITHDRAWAL | $ | (59,677) | 2.37% |
| PLANE RENTAL | 12,500 | 0.5% | JEWELRY | $ | (45,160) | 1.80% |
| NORMA REYES | 8,730 | 0.3% | SOHO HOUSE | $ | (39,387) | 1.57% |
| ALEX CURE FERREIRA | 7,955 | 0.3% | ENTERTAINMENT | $ | (33,599) | 1.34% |
| BURN PROOF GEAR LLC | 3,000 | 0.1% | INVESTMENT | $ | (33,000) | 1.31% |
| TARIK KEMP | 2,790 | 0.1% | RETURNED PAYMENT | $ | (29,902) | 1.19% |
| SQUARE | 2,591 | 0.1% | AUTOMOBILE PAYMENT | $ | (19,836) | 0.79% |
| TRAVEL | 2,206 | 0.1% | ALEX CURE FERREIRA | $ | (15,601) | 0.62% |
| ACCOUNT OPEN/CLOSED | 1,769 | 0.1% | CREDIT CARD PAYMENT | $ | (14,856) | 0.59% |
| TD BANK | 1,100 | 0.0% | NORMA REYES | $ | (12,660) | 0.50% |
| MEDICAL/VISION | 270 | 0.0% | EVAN TROMP | $ | (10,916) | 0.43% |
| ENTERTAINMENT | 268 | 0.0% | RISK INSURANCE AND REINSURANCE SOLUTIONS | $ | (10,700) | 0.43% |
| FEE | 182 | 0.0% | QUANTA NOMINEE LLC | $ | (10,350) | 0.41% |
| PURCHASES/RETURNS | 176 | 0.0% | VENMO | $ | (9,526) | 0.38% |
| WILLIAM CAMERON | 100 | 0.0% | FEE | $ | (6,769) | 0.27% |
| CREDIT CARD PAYMENT | 90 | 0.0% | UTILITIES/PHONE/INTERNET | $ | (6,399) | 0.25% |
| INTEREST PAYMENT | 15 | 0.0% | PAYPAL | $ | (5,235) | 0.21% |
| OPERATIONAL AND FINANCIAL ADVISORY LLC | 10 | 0.0% | BURN PROOF GEAR LLC | $ | (3,000) | 0.12% |
| FOOD/DRINK/GROCERY/FINE DINING | 4 | 0.0% | MINING - BITRO LLC | $ | (2,970) | 0.12% |
| TRIAL CREDIT/DEBIT | 0 | 0.0% | GIFT OR DONATION | $ | (2,353) | 0.09% |
| **Grand Total** | **2,507,113.35** | **100.00%** | MEDICAL/VISION | $ | (2,297) | 0.09% |
| | | | GAS | $ | (1,068) | 0.04% |
| | | | OPERATIONAL AND FINANCIAL ADVISORY LLC | $ | (670) | 0.03% |
| | | | HOA PAYMENT | $ | (600) | 0.02% |
| | | | FINANCIAL SERVICES | $ | (537) | 0.02% |
| | | | SUNBIZ | $ | (526) | 0.02% |
| | | | SQUARE | $ | (270) | 0.01% |
| | | | WILLIAM CAMERON | $ | (220) | 0.01% |
| | | | LAW OFFICE | $ | (210) | 0.01% |
| | | | PARKING | $ | (93) | 0.00% |
| | | | TRANSACTIONS UNDER $200 | $ | (61) | 0.00% |
| | | | ACCOUNT OPEN/CLOSED | $ | (26) | 0.00% |
| | | | **Grand Total** | **$** | **(2,515,395)** | **100.00%** |

| | INFLOWS | SOURCE OF FUNDS | PERCENTAGES |
|---|---|---|---|
| $ | 1,333,709 | VICTIM INVESTORS | 53% |
| $ | 263,794 | CRYPTO | 11% |
| $ | 250,000 | HASSAN ARIF PATEL | 10% |
| $ | 191,171 | FAMILY AND FRIENDS | 8% |
| $ | 137,247 | PAYPAL | 5% |
| $ | 116,857 | LOANS | 5% |
| $ | 74,256 | CASH | 3% |
| $ | 32,000 | TRANSFER FROM ACCT 7331 | 1% |
| $ | 29,902 | RETURNED PAYMENT | 1% |
| $ | 78,178 | OTHER SOURCES | 3% |
| **$** | **2,507,113** | | **100%** |

| | OUTFLOWS | USE OF FUNDS | PERCENTAGES |
|---|---|---|---|
| $ | (716,446) | VICTIM INVESTORS | 28% |
| $ | (353,325) | CRYPTO | 14% |
| $ | (249,000) | HASSAN ARIF PATEL | 10% |
| $ | (176,514) | LOAN REPAYMENT | 7% |
| $ | (148,786) | TRAVEL | 6% |
| $ | (136,479) | FOOD/DRINK/GROCERY/FINE DINING | 5% |
| $ | (126,743) | FAMILY AND FRIENDS | 5% |
| $ | (81,147) | HOTEL | 3% |
| $ | (76,301) | PURCHASES/RETURNS | 3% |
| $ | (72,180) | TARIK KEMP | 3% |
| $ | (59,677) | WITHDRAWAL | 2% |
| $ | (45,160) | JEWELRY | 2% |
| $ | (39,387) | SOHO HOUSE | 2% |
| $ | (33,599) | ENTERTAINMENT | 1% |
| $ | (33,000) | STEEL PIER CAPITAL ADVISORS LLC | 1% |
| $ | (29,902) | RETURNED PAYMENT | 1% |
| $ | (137,748) | OTHER USES* | 5% |
| **$** | **(2,515,395)** | | **100%** |

$ (8,282) NET BETWEEN ACCOUNTS

\* LINE ITEM INCLUDES $2,970 TRANSFER TO BITRO LLC FOR MINERS SETUP FEE

NOTE: $4,956.91 PURCHASE OF MINING EQUIPMENT MADE FROM ACCOUNT NOT INCLUDED IN ANALYSIS

**GOVERNMENT EXHIBIT**
**2**
**22-CR-20376-RKA**

**BANK ACCOUNTS:**
EVAN DANIEL TROMP
EVAN DANIEL TROMP
OPERATIONAL AND FINANCIAL ADVISORY, LLC
DATE RANGE OF TRANSACTIONS: 12/01/2017 - 05/28/2019

Credit (Inflows): (Multiple Items)

| Sum of Credit (Inflows) | Column Labels | | |
|---|---|---|---|
| SOURCE OF FUNDS | EVAN DANIEL TROMP | OPERATIONAL AND FINANCIAL ADVISORY, LLC | Grand Total |
| TRANSFERS BTWN EVAN AND OPERATIONAL | $ 860,058 | $ 518,838 | $ 1,378,896 |
| VICTIM INVESTOR | $ 101,015 | $ 1,232,694 | $ 1,333,709 |
| TRANSFERS BTWN EVAN | $ 1,049,317 | | $ 1,049,317 |
| CRYPTO PLATFORM | $ 263,794 | | $ 263,794 |
| HASSAN ARIF PATEL | | $ 250,000 | $ 250,000 |
| FAMILY AND FRIENDS | $ 48,030 | $ 143,141 | $ 191,171 |
| PAYPAL | $ 56,791 | $ 80,456 | $ 137,247 |
| LOAN/ REPAYMENT | $ 86,000 | $ 30,857 | $ 116,857 |
| CASH | $ 29,069 | $ 45,187 | $ 74,256 |
| TRANSFER FROM ACCT 7331 | | $ 32,000 | $ 32,000 |
| RETURNED PAYMENT | $ 12,052 | $ 17,850 | $ 29,902 |
| EVAN TROMP | | $ 19,000 | $ 19,000 |
| VENMO | $ 14,132 | $ 1,290 | $ 15,422 |
| PLANE RENTAL | | $ 12,500 | $ 12,500 |
| NORMA REYES | $ 6,250 | $ 2,480 | $ 8,730 |
| ALEX CURE FERREIRA | $ 5,805 | $ 2,150 | $ 7,955 |
| BURN PROOF GEAR LLC | | $ 3,000 | $ 3,000 |
| TARIK KEMP | $ 1,470 | $ 1,320 | $ 2,790 |
| SQUARE | $ 2,591 | | $ 2,591 |
| TRAVEL | $ 2,174 | $ 32 | $ 2,206 |
| ACCOUNT OPEN/CLOSED | | $ 1,769 | $ 1,769 |
| TD BANK | $ 800 | $ 300 | $ 1,100 |
| MEDICAL/VISION | $ 270 | | $ 270 |
| ENTERTAINMENT | $ 134 | $ 134 | $ 268 |
| FEE | $ 182 | | $ 182 |
| PURCHASES/RETURNS | $ 150 | $ 26 | $ 176 |
| WILLIAM CAMERON | | $ 100 | $ 100 |
| CREDIT CARD PAYMENT | $ 90 | | $ 90 |
| INTEREST PAYMENT | $ 15 | | $ 15 |
| OPERATIONAL AND FINANCIAL ADVISORY LLC | | $ 10 | $ 10 |
| FOOD/DRINK/GROCERY/FINE DINING | $ 4 | | $ 4 |
| TRIAL CREDIT/DEBIT | | $ 0 | $ 0 |
| **Grand Total** | **$ 2,540,193** | **$ 2,395,134** | **$ 4,935,327** |

Debit (Outflows): (Multiple Items)

| Sum of Debit (Outflows) | Column Labels | | |
|---|---|---|---|
| USE OF FUNDS | EVAN DANIEL TROMP | OPERATIONAL AND FINANCIAL ADVISORY, LLC | Grand Total |
| TRANSFERS BTWN EVAN AND OPERATIONAL | $ (518,838) | $ (860,058) | $ (1,378,896) |
| TRANSFERS BTWN EVAN | $ (1,049,317) | | $ (1,049,317) |
| VICTIM INVESTOR | $ (39,605) | $ (676,841) | $ (716,446) |
| CRYPTO PLATFORM | $ (302,505) | $ (50,820) | $ (353,325) |
| HASSAN ARIF PATEL | | $ (249,000) | $ (249,000) |
| LOAN/ REPAYMENT | $ (100,301) | $ (76,213) | $ (176,514) |
| TRAVEL | $ (64,851) | $ (83,934) | $ (148,786) |
| FOOD/DRINK/GROCERY/FINE DINING | $ (91,134) | $ (45,345) | $ (136,479) |
| FAMILY AND FRIENDS | $ (39,042) | $ (87,701) | $ (126,743) |
| HOTEL | $ (53,364) | $ (27,783) | $ (81,147) |
| PURCHASES/RETURNS | $ (60,754) | $ (15,547) | $ (76,301) |
| TARIK KEMP | $ (70,380) | $ (1,800) | $ (72,180) |
| WITHDRAWAL | $ (31,029) | $ (28,648) | $ (59,677) |
| JEWELRY | $ (60) | $ (45,100) | $ (45,160) |
| SOHO HOUSE | $ (28,382) | $ (11,006) | $ (39,387) |
| ENTERTAINMENT | $ (5,805) | $ (27,794) | $ (33,599) |
| INVESTMENT | | $ (33,000) | $ (33,000) |
| RETURNED PAYMENT | $ (22,052) | $ (7,850) | $ (29,902) |
| AUTOMOBILE PAYMENT | $ (19,836) | | $ (19,836) |
| ALEX CURE FERREIRA | $ (9,580) | $ (6,021) | $ (15,601) |
| CREDIT CARD PAYMENT | $ (9,974) | $ (4,882) | $ (14,856) |
| NORMA REYES | $ (3,660) | $ (9,000) | $ (12,660) |
| EVAN TROMP | $ (615) | $ (10,301) | $ (10,916) |
| RISK INSURANCE AND REINSURANCE SOLUTIONS | $ (3,000) | $ (7,700) | $ (10,700) |
| QUANTA NOMINEE LLC | | $ (10,350) | $ (10,350) |
| VENMO | $ (2,270) | $ (7,256) | $ (9,526) |
| FEE | $ (228) | $ (6,541) | $ (6,769) |
| UTILITIES/PHONE/INTERNET | $ (3,948) | $ (2,451) | $ (6,399) |
| PAYPAL | $ (3,783) | $ (1,451) | $ (5,235) |
| BURN PROOF GEAR LLC | | $ (3,000) | $ (3,000) |
| MINING - BITRO LLC | | $ (2,970) | $ (2,970) |
| GIFT OR DONATION | $ (2,353) | | $ (2,353) |
| MEDICAL/VISION | $ (1,305) | $ (992) | $ (2,297) |
| GAS | $ (549) | $ (519) | $ (1,068) |
| OPERATIONAL AND FINANCIAL ADVISORY LLC | $ (70) | $ (600) | $ (670) |
| HOA PAYMENT | $ (600) | | $ (600) |
| FINANCIAL SERVICES | | $ (537) | $ (537) |
| SUNBIZ | $ (526) | | $ (526) |
| SQUARE | $ (240) | $ (30) | $ (270) |
| WILLIAM CAMERON | $ (220) | | $ (220) |
| LAW OFFICE | | $ (210) | $ (210) |
| PARKING | $ (25) | $ (68) | $ (93) |
| TRANSACTIONS UNDER $200 | $ (61) | | $ (61) |
| ACCOUNT OPEN/CLOSED | $ (26) | | $ (26) |
| **Grand Total** | **$ (2,540,288)** | **$ (2,403,320)** | **$ (4,943,608)** |

| INFLOWS | SOURCE OF FUNDS | PERCENTAGES |
|---|---|---|
| $ 1,333,709 | VICTIM INVESTORS | 53% |
| $ 263,794 | CRYPTO | 11% |
| $ 250,000 | HASSAN ARIF PATEL | 10% |
| $ 191,171 | FAMILY AND FRIENDS | 8% |
| $ 137,247 | PAYPAL | 5% |
| $ 116,857 | CASH | 5% |
| $ 74,256 | TRANSFER FROM ACCT 7331 | 3% |
| $ 32,000 | LOANS | 1% |
| $ 29,902 | RETURNED PAYMENT | 1% |
| $ 78,178 | OTHER SOURCES | 3% |
| **$ 2,507,113** | | **100%** |

| OUTFLOWS | USE OF FUNDS | PERCENTAGES |
|---|---|---|
| $ (716,446) | VICTIM INVESTORS | 28% |
| $ (353,325) | CRYPTO | 14% |
| $ (249,000) | HASSAN ARIF PATEL | 10% |
| $ (176,514) | LOAN REPAYMENT | 7% |
| $ (148,786) | TRAVEL | 6% |
| $ (136,479) | FOOD/DRINK/GROCERY/FINE DINING | 5% |
| $ (126,743) | FAMILY AND FRIENDS | 5% |
| $ (81,147) | HOTEL | 3% |
| $ (76,301) | PURCHASES/RETURNS | 3% |
| $ (72,180) | TARIK KEMP | 3% |
| $ (59,677) | WITHDRAWAL | 2% |
| $ (45,160) | JEWELRY | 2% |
| $ (39,387) | SOHO HOUSE | 2% |
| $ (33,599) | ENTERTAINMENT | 1% |
| $ (33,000) | STEEL PIER CAPITAL ADVISORS LLC | 1% |
| $ (29,902) | RETURNED PAYMENT | 1% |
| $ (137,748) | OTHER USES* | 5% |
| **$ (2,515,395)** | | **100%** |

$ (8,282) NET BETWEEN ACCOUNTS

* LINE ITEM INCLUDES $2,970 TRANSFER TO BITRO LLC FOR MINERS SETUP FEE

NOTE: $4,956.91 PURCHASE OF MINING EQUIPMENT MADE FROM ACCOUNT NOT INCLUDED IN ANALYSIS



GOVERNMENT EXHIBIT
3
22-CR-20376-RKA